JESS R. MARCHESE, ESQ.
Nevada Bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, Nevada 89106
(702) 385-5377 (P)
marcheselaw@msn.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE DENSLEY,<br><br>Defendant. | Case No. 2:21-cr-00168-JAD<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Jess R. Marchese, counsel for defendant GEORGE DENSLEY, that the sentencing hearing currently scheduled for March 11, 2024, at the hour of 11:00 a.m., be vacated and continued to a date and time approximately 30 days.

This Stipulation is entered into for the following reasons:

1. Mr. Densley needs additional time to prepare and file his sentencing memorandum.
2. The parties agree to the additional time.
3. The defendant is out of custody and does not object to the continuance.
4. This is the first request for a continuance of the hearing date.

Dated: March 8, 2024

Respectfully submitted,

/s/ Jess Marchese

JESS R. MARCHESE, ESQ.
Counsel for Defendant


JASON M. FRIERSON
United States Attorney

/s/ Joshua Brister

JOSHUA BRISTER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE DENSLEY,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00168-JAD<br><br>**ORDER** |

**<u>FINDINGS OF FACT</u>**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Densley needs additional time to prepare an file his sentencing memorandum.
2. The parties agree to the additional time.
3. The defendant is out of custody and does not object to the continuance.
4. This is the first request for a continuance of the sentencing date.
5. For all of the above-stated reasons, the end of justice would best be served if Defendant's hearing was rescheduled.

///

///

///

///

**ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for 11th day of March 11, 2024 at the hour of 11:00 a.m., be vacated and continued to May 6, 2024, at 2:00 p.m.

DATED this 10th day of March, 2024.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE