UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE DENSLEY,<br><br>Defendant. | Case No. 2:21-cr-00168-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Densley's Motion for Status Update/Docket. ECF No. 261. A review of the Motion shows Defendant seeks the docket sheet because he is "currently involved in post-conviction proceedings …." Indeed, the docket reflects transcripts of various proceedings were created and, importantly, Defendant is currently represented by counsel who filed a notice of appeal. Given the status of this case, counsel **must** confirm for Defendant his/her/their representation and provide Defendant with a status of his case. Counsel **must** also explain to Defendant that he can only appear in this matter through his attorneys. LR IA 11-6.

Accordingly, IT IS HEREBY ORDERED that Defendant George Densley's Motion for Status Update/Docket (ECF No. 261) is GRANTED in part and DENIED in part consistent with the above.

IT IS FURTHER ORDERED that counsel **must** confirm for Defendant his/her/their representation and provide Defendant with a status of his case. Counsel **must** also explain to Defendant that he can only appear in this matter through his attorneys. LR IA 11-6.

Dated this 29th day of December, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE